THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, PLAINTIFF IN ERROR, v. THE MAYOR, &c., OF BAYONNE, DEFENDANTS IN ERROR.

On error to the Supreme Court.

For the plaintiff in error, *Edward A. S. Man* and *Benjamin Williamson.*

For the defendants in error, *Charles W. Fuller*

PER CURIAM.

The judgment in this case is affirmed, for the reasons given by the court below.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, REED, SCUDDER, BROWN, CLEMENT, SMITH, WHITAKER. 10.

*For reversal*—None.